1  David A. Chami, AZ #027585
2  PRICE LAW GROUP, APC
   1204 E. Baseline Rd., Suite 102
3  Tempe, AZ 85283
   T: (818)907-2133
4  F: (818)907-2122
5  E: david@pricelawgroup.com
   Attorneys for Plaintiff Jose Collucci
6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

9  Jose Collucci,                    No. CV-17-1398-PHX-DMF

10            Plaintiff,              **NOTICE OF SETTLEMENT**

11      vs.

12 M&T Bank; and Equifax Information
   Services, LLC,
13

14            Defendants.

15

16

17      NOTICE IS HEREBY GIVEN that Plaintiff Jose Collucci and Defendant M&T Bank,

18 have settled all claims between them in this matter. The parties are in the process of

19 completing the final settlement documents and expect to file a Stipulation to Dismiss with

20

21 Prejudice within forty (40) days of this filing. Plaintiff requests that this Honorable Court

22 vacate all pending deadlines, hearings and conferences, as there are no remaining Defendants

23 in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters

24 related to completing and/or enforcing the settlement.

25
   //
26
   //
27
   //
28

Respectfully submitted this 11th day of January 2018.

                                                PRICE LAW GROUP, APC

                                                /s/ David A. Chami
                                                David A. Chami, AZ #027585
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                /s/ Florence Lirato