David A. Chami (AZ# 027585)
PRICE LAW GROUP, APC
1204 E. Baseline Rd., Suite 102
Tempe, AZ 85283
T: (818)907-2133
F: (818)907-2122
E: david@pricelawgroup.com
Attorneys for Plaintiff Jose Collucci

Carlie Tovrea (#029709)
ctovrea@swlaw.com
Erica J. Stutman
estutman@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
T:  602.382.6230
F:  602.382.6070
Attorneys for Defendant M&T Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jose Collucci, | NO.  CV-17-01398-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF M&T BANK WITH PREJUDICE** |
| M&T Bank, et al., | |
| Defendants. | |

Plaintiff Jose Collucci through his attorneys, Price Law Group, APC, and Defendant M&T Bank, by and through its attorneys, Snell &Wilmer L.L.P., hereby stipulate to dismiss M&T Bank with prejudice, with each party bearing its own attorneys' fees, and costs. There are no remaining Defendants in this action.

Respectfully submitted this 12th day of March 2018.

**PRICE LAW GROUP, APC**

/s/ David A. Chami
David A. Chami
Attorneys for Plaintiff
Jose Collucci

**SNELL & WILMER L.L.P.**

/s/ Carlie Tovrea
Carlie Tovrea
Attorneys for Defendant
M&T Bank

### CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, for filing and transmittal of a Notice of Electronic Filing and thereby served all registered CM/ECF case participants

/s/ Florence Lirato