# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Collucci,<br><br>       Plaintiff,<br><br>v.<br><br>M&T Bank, et al.,<br><br>       Defendants. | No. CV-17-01398-PHX-DJH<br><br>**ORDER** |

The Court has received the parties' Stipulation for Dismissal of M&T Bank with Prejudice (Doc. 39).  Accordingly,

IT IS ORDERED approving the Stipulation (Doc. 39) and dismissing this action as to Defendant M&T Bank, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action in its entirety.

Dated this 12th day of March, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge